UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff*, | Civil No. |
| v. | |
| $117,154.00 IN UNITED STATES CURRENCY;<br>    *Defendant*. | |
| [CLAIMANT: FRED WHITAKER] | December 7, 2023 |

## VERIFIED COMPLAINT OF FORFEITURE

Now comes Plaintiff, United States of America, by and through its attorneys, Vanessa Roberts Avery, United States Attorney for the District of Connecticut, and David C. Nelson, Assistant United States Attorney, and respectfully states that:

1. This is a civil *in rem* action brought to enforce the provisions of 21 U.S.C. § 881(a)(6), which provides for the forfeiture of proceeds traceable to the exchange of controlled substances in violation of the Controlled Substances Act, 21 U.S.C. §§ 801 *et seq*.

2. This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 & 1355. Venue is appropriate in the District of Connecticut by virtue of 28 U.S.C. § 1395(b).

3. The Defendant is $117,154.00 in United States Currency ("Defendant Asset").

4. The Defendant Asset is located within the jurisdiction of this Court.

5. On September 13, 2023, Fred Whitaker submitted an administrative claim of ownership to the Defendant Asset $117,154.00 in United States Currency.

## Background of Investigation

6. In or around June of 2023, law enforcement obtained information from a confidential informant ("CI") that Fred Whitaker ("Whitaker") was selling crack cocaine from his

residence located at 178 A Magnolia Street, Hartford, Connecticut, ("178 A Magnolia Street") and another property he owns located at 49-51 Greenfield Street, Hartford, Connecticut ("49-51 Greenfield Street").

7. Whitaker is a long-time narcotics dealer in the greater Hartford, Connecticut area. Whitaker has been arrested several times in the past for narcotics related offenses, including receiving a ten-year sentence in February of 2014 for possession of narcotics with the intent to sell.

8. The CI told law enforcement that he/she had known "Old man Fred" (Whitaker's nickname) for several years. The CI stated that Whitaker obtained kilogram quantities of cocaine and conducted the majority of his narcotics sales from inside the basement of 49-51 Greenfield Street where he also stashes the cocaine and several firearms.

9. The CI further stated that Whitaker would conduct narcotics sales from 178 A Magnolia Street when he wasn't at 49-51 Greenfield Street.

10. Between the dates of July 10 and July 11, 2023, law enforcement met with the CI at a prearranged location to coordinate a controlled purchase of crack cocaine from Whitaker. Law enforcement searched the CI's vehicle for the presence of narcotics or currency and none was found. Law enforcement provided the CI with recorded law enforcement funds to make the purchase. The CI told law enforcement that he/she had spoken to Whitaker and he told the CI to meet him at 178 A Magnolia Street when the CI was ready. The CI travelled to 178 A Magnolia Street and made the controlled purchase from Whitaker. The CI returned to the meeting location and provided law enforcement with two grams of a white rock-like substance which later field tested positive for the presence of cocaine.

11. Between the dates of July 12 and July 13, 2023, law enforcement met with the CI at a prearranged location to conduct another controlled purchase of cocaine from Whitaker. Law

enforcement searched the CI's vehicle for the presence of narcotics or currency and none was found.  Law enforcement provided the CI with recorded law enforcement funds to make the purchase from Whitaker.  At the meeting location, the CI told law enforcement that he/she had spoken with Whitaker and he told the CI to meet him at 49-51 Greenfield Street when the CI was ready.

12. The CI left the meeting location and was surveilled by law enforcement travelling to 49-51 Greenfield Street and parking there without stopping along the way.  The CI exited his/her vehicle and met with Whitaker in the driveway of 49-51 Greenfield Street.  The CI and Whitaker walked towards the rear of the property and, a short time later, the CI was observed entering his/her vehicle and travelling to the meeting location.  At this time, the CI provided law enforcement with a clear, knotted plastic bag containing six grams of a white rock-like substance which later field tested positive for the presence of cocaine.

13. During a debriefing with law enforcement, the CI said he/she arrived at 49-51 Greenfield Street and met with Whitaker, who was standing in the driveway. Whitaker asked the CI what he/she wanted and the CI replied, "a full one", indicating a quantity of cocaine. Whitaker and the CI walked to the rear of 49-51 Greenfield Street where Whitaker unlocked the rear door and entered the basement.  Whitaker then exited the same rear basement and handed the baggie of cocaine to the CI in exchange for the recorded funds.

14. On July 18, 2023, law enforcement executed State of Connecticut Search and Seizure Warrants on 49-51 Greenfield Street and 178 A Magnolia Street.

15. At 178 A Magnolia Street, Whitaker answered the door and complied with officers. Whitaker was advised of his Miranda Rights which he acknowledged that he understood. Whitaker originally told law enforcement that there was nothing in his residence.  He later

stated that there was $30,000.00 in United States Currency and finally that there was around $100,00.00.  Law enforcement eventually seized a total of $117,154.00 in currency and 6.9 grams of cocaine from 178 A Magnolia Street.  During the search a certified narcotics canine alerted to the presence of narcotics on the seized currency.

16. At 49-51 Greenfield Street, law enforcement seized a clear zip lock plastic bag containing 317 grams of cocaine, six clear knotted plastic bags containing 22 grams of cocaine, a digital scale, loose pieces of crack cocaine, cellophane wrapping, a glass Pyrex plate containing loose pieces of crack cocaine, boxes of baking soda, and numerous plastic sandwich bags.

17. Whitaker was arrested and charged with violations of Connecticut General Statutes:  21a-277(a) Possession of Narcotics with the Intent to Sell; and 21a-277(c) Operation of a Drug Factory.

18. On November 28, 2023, law enforcement ran a query with the State of Connecticut Department of Labor which revealed that Whitaker had no reported income for the previous eight quarters.

## CONCLUSION

19. Based on the above information, it is believed that $117,154.00 in United States Currency constitutes proceeds from the illegal sale and distribution of narcotics and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

20. The Defendant Asset represents proceeds traceable to the exchange of controlled substances in violation of the Controlled Substances Act, 21 U.S.C. § 801 *et seq*., and is, therefore, subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

Wherefore, the United States of America prays that a Warrant of Arrest In Rem be issued for $117,154.00 in United States Currency; that due notice be given to all parties to appear and

show cause why the forfeiture should not be decreed; that judgment be entered declaring the property to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

        VANESSA ROBERTS AVERY,
        UNITED STATES ATTORNEY

By: /s/ David C. Nelson
    David C. Nelson (ct25640)
    Assistant U.S. Attorney
    157 Church Street, 24th Floor
    New Haven, Connecticut 06510
    Tel:   (203) 821-3700
    Fax:   (203) 773-5373
    David.C.Nelson@usdoj.gov

## **DECLARATION**

I am a Special Agent with the Homeland Security Investigations, United States Department of Justice, and the individual assigned the responsibility for this case.

I have read the contents of the foregoing Verified Complaint of Forfeiture and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of December, 2023.


/s/ Zachary Kashmanian
ZACHARY KASHMANIAN
SPECIAL AGENT, HSI